# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN PEREZ ART PUBLISHING, LLC, a California limited liability company; and ROBERT S. BANE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LAS BRUJAS INCORPORATED. a California corporation; FABIAN PEREZ, an individual; DEMONTFORT FINE ART LTD, an entity of unknown form; WHITEWALL GALLERIES, an entity of unknown form; CLARENDON FINE ARTS, an entity of unknown form; HELEN SWABY, an individual; LA HERRERIA ART STUDIO, LLC, a California limited liability company; and DOES 1 through 10. | Case No.:  CV-15-01847-DMG(PLAx)<br><br>**PRELIMINARY INJUNCTION ORDER** |

**PRELIMINARY INJUNCTION ORDER**

On April 29, 2015, this matter came before the Court upon Plaintiff Fabian Perez Art Publishing, LLC's ("FPAP") Motion for a Preliminary Injunction. FPAP and Defendants Las Brujas Incorporated ("Las Brujas"), Fabian Perez ("Perez"), and La Herreria Art Studio, LLC ("La Herreria"), by and through their respective attorneys, made an appearance on the record. The Court granted the Motion for Preliminary Injunction for the reasons set forth in the Order [Doc. # 55], filed on April 29, 2015.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants, their affiliates, agents, servants, employees and those in active concert or participation with any of them are enjoined from reproducing original works, preparing derivative works, distributing original or derivative works, or publicly displaying original or derivative artworks that were created by Perez after January 5, 2006 for remuneration, except as is consistent with the Operating Agreement.[1] A copy of this Operating Agreement is attached as Exhibit A to the Complaint filed in this action on March 12, 2015 [Doc. # 1].

2. Notwithstanding the foregoing, Defendants, their attorneys, third-party witnesses and experts shall be permitted to use, including file, serve, produce and submit copies and originals of artwork created by Perez in connection with: (1) this lawsuit; (2) *Fabian Perez, et al. v. Robert S. Bane, et al.,* Los Angeles Superior Court Case No. BC578818; and (3) any activities, conduct and acts undertaken in connection with the legal representation of Defendants, including but not limited to, communications with any federal or state or local agency, regulatory entity, or any other persons or entities related to the subject representation.

IT IS FURTHER ORDERED that this Preliminary Injunction shall take effect immediately upon service of this Order upon Defendants and posting of the bond as

---

[1] The Operating Agreement permits Defendants and/or third parties to purchase works and/or derivative works created by Fabian Perez after January 5, 2006 only directly from FPAP, with payments for such works to be made only to FPAP.

required by the Court's April 29, 2015 Order and shall remain in effect during the pendency of this action, or upon stipulation of the Parties or further orders of this Court.

  IT IS FURTHER ORDERED that Plaintiff FPAP's bond shall serve as security for all claims with respect to this Preliminary Injunction.

IT IS SO ORDERED.

DATED: May 13, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE